<div style="writing-mode: vertical">United States District Court
Northern District of California</div>

1
2
3
4  UNITED STATES DISTRICT COURT
5  NORTHERN DISTRICT OF CALIFORNIA
6  SAN JOSE DIVISION
7
8  JOSEPH A. TARONI,

   Plaintiff,

9  v.

10 CAROLYN W. COLVIN, Acting
   Commissioner, Social Security
11 Administration,

   Defendant.

Case No. 5:16-cv-03520-EJD

**ORDER RE: CONSENT/DECLINATION TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE**

14  On July 14, 2016, Defendant filed a document indicating her voluntary consent to have a United States Magistrate Judge conduct all further proceedings in this action. Dkt. No. 7. In order to determine the position of both parties on this issue, the court orders Plaintiff to file a similar document indicating either consent or declination to proceed before a United States Magistrate Judge on or before **July 20, 2016.**

**IT IS SO ORDERED.**

Dated: July 15, 2016

_____
EDWARD J. DAVILA
United States District Judge